IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

SAA PROPERTIES, LP,                          )
                                             )
                Plaintiff,                   )        TC-MD 120586C
                                             )
        v.                                   )
                                             )
DESCHUTES COUNTY ASSESSOR,                   )
                                             )
                Defendant.                   )        **DECISION OF DISMISSAL**

        This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

        A case management conference was scheduled at 9:00 a.m. on September 11, 2012, to

consider Plaintiff's appeal.  On August 28, 2012, the court sent notice of the scheduled case

management conference to Plaintiff at the email address Plaintiff provided to the court.  The

notice was not returned as undeliverable.  The notice advised that if Plaintiff did not appear, the

court might dismiss the appeal.

        On September 11, 2012, the court sent Plaintiff a letter which explained the importance

of diligently pursuing an appeal.  That letter was not returned as undeliverable.  The letter

advised that if Plaintiff did not provide a written explanation by September 25, 2012, for its

failure to appear, the court would dismiss the appeal.  As of this date, Plaintiff has not submitted

a written response to the court explaining its failure to appear at the September 11, 2012, case

management conference.  Under such circumstances, the court finds the appeal must be

dismissed for lack of prosecution.  Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of September 2012.

JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Presiding Magistrate Jill A. Tanner on September 28, 2012.  The Court filed and entered this Decision of Dismissal on September 28, 2012.*